## No. 10-5558. Gail P. Bates, Petitioner v. Morrison Management Specialists, Inc.

562 U.S. 1006, 131 S. Ct. 505, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8637.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 358 Fed. Appx. 771.